IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Case No. 1:22-cr-0096-CKK-04 |
| | : | |
| **PAULA "PAULETTE" HARLOW,** | : | |
| Defendant. | : | |

## DEFENDANT HARLOW'S NOTICE OF JOINDER

Defendant, Paula "Paulette" Harlow, hereby notes her Joinder of the Replies filed by co-defendants in this matter, including, but not limited to, Doc. Nos. 196, 197, and 198, as well as all other replies filed on behalf of any other co-defendant.

Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. 301-984-8005
Cell Phone No. 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of March, 2023, I served a copy of the foregoing Defendant Harlow's Notice of Joinder to all case registered parties by CM/ECF.

_____

Allen H. Orenberg