IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 1:22-cr-0096-CKK-04 |
| | : | |
| PAULA "PAULETTE" HARLOW, | : | |
| Defendant. | : | |

**CONSENT MOTION TO CONTINUE JUNE 9, 2023,
HEARING ON THE MOTION TO SUPPRESS STATEMENTS**

Defendant, Paula "Paulette" Harlow, by and through counsel, hereby respectfully moves for the entry of an Order continuing the hearing on the motion to suppress statements to either a date as suggested herein or to any other date convenient to the Court and to the parties. As grounds, the following is stated:

1. This motion is consented to by Assistant U.S. Attorney John C. Crabb, Jr.

2. On April 21, 2023, defendant Harlow filed her Motion to Suppress Statements. [212]

3. The Court initially scheduled an evidentiary hearing for June 8, 2023. (9:30 a.m.)

4. On June 2, 2023, the Court issued a Minute Order re-scheduling the evidentiary hearing to June 9, 2023, at 9:00 a.m.

5. Counsel for defendant Harlow is beginning a 10 day vacation of June 9, 2023, and therefore is not available to the Court on June 9th.

1

6.     Counsel has conferred with the government and the following dates are proposed: June 22, 2023 or June 23, 2023.(anytime) If these dates are to good for the Court, it is requested that the Courtroom Clerk confer with counsel for the selection of a new date / time.

Wherefore, for the foregoing reasons and such other reasons which may appear just and proper, defendant Harlow respectfully moves for the entry of an Order continuing the hearing on the motion to suppress statements to either a date as suggested herein or to any other date convenient to the Court and to the parties

Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. 301-984-8005
Cell Phone No. 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of June, 2023, I served a copy of the foregoing Consent Motion to Continue June 9, 2023, Hearing on the Motion to Suppress Statements, to all case registered parties by CM/ECF.

_____
Allen H. Orenberg