IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 1:22-cr-0096-CKK-04 |
| | : | |
| PAULA "PAULETTE" HARLOW, | : | |
| Defendant. | : | |

NOTICE OF FILING
BY DEFENDANT PAULA "PAULETTE" HARLOW

COMES NOW, Allen H. Orenberg, counsel for Paula "Paulette" Harlow, to respectfully file this Notice of Filing.

1. On June 7, 2023, the Court conducted a hearing on the defendant's Motion to Suppress Statements. [212]

2. During the aforementioned Court hearing, undersigned counsel requested additional time to file a response to the government's Omnibus Motion in Limine, [248] up to and including June 23, 2023. (The government does not oppose this request.) A response to the Omnibus Motion in Limine is presently due to be filed on or before June 16, 2023.

3. It is counsel's understanding the Court granted this request and, accordingly, defendant Harlow may file a response to the government's Omnibus Motion in Limine, [248] up to and including June 23, 2023.

1

Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. 301-984-8005
Cell Phone No. 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.com

Dated: June 7, 2023