U.S. v. Harlow, Crim. No. 22-96 (CKK)

SUPPRESSION HEARING

GOVERNMENT'S EXHIBIT LIST

| NO. | ITEM | IDENTIFIED DATE | IDENTIFIED WITNESS | ADMITTED DATE | ADMITTED WITNESS | MISC. |
|---|---|---|---|---|---|---|
| 101 / 101A | Interview Video / Time | 6-7-23 | Harlow | 6-7-23 | Harlow | |
| 102 | Advice of Rights Form | 6-7-23 | Harlow | 6-7-23 | Harlow | |
| 103 | Interview 302 | 6-7-23 | Miller | 6-7-23 | Miller | |
| 104 | Revised 302 | 6-7-23 | | 6-7-23 | | |
| 105 | SA Miller Notes | 6-7-23 | | 6-7-23 | | |
| 106 | | | | | | |
| 107 | | | | | | |
| 108 | | | | | | |