# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>PAULA "PAULETTE" HARLOW, *et al.*,<br><br>    Defendants. | Crim. A. No. 22-096-4, -7, -8, -10 (CKK) |

# ORDER
(July 22, 2023)

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**, that Defendant Idoni's [215] Motion to Dismiss is **DENIED**.

**SO ORDERED**.

Dated: July 22, 2023

                                                                        /s/  
                                                     COLLEEN KOLLAR-KOTELLY  
                                                     United States District Judge