**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PAULA HARLOW,<br><br>Defendant. | Criminal Action No. 22-096-4 (CKK) |

**ORDER**
(August 7, 2023)

The Court held a sealed status hearing in this criminal matter on August 4, 2023. With consent, Defendant and her counsel were present via videoconference. Counsel for the Government was also present via videoconference. The Court heard argument on counsel for Defendant's sealed [362-2] Motion for Competency and Productivity Evaluation. Based on defense counsel's representations, and pursuant to 18 U.S.C. § 4241(a), the Court finds that there is reasonable cause to believe that Defendant may presently be suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense. The Court further finds, pursuant to 18 U.S.C. § 4241(b), that a psychiatric examination and report is necessary to determine whether Defendant is competent to stand trial. Therefore, it is hereby

**ORDERED**, that the District of Columbia Department of Behavioral Health, Pretrial and Assessment Branch ("DBH") shall evaluate Defendant, on an outpatient basis, for the purpose of a forensic screening for a preliminary assessment of competency pursuant to 18 U.S.C. §§ 4241(b) and 4247(b) to determine: (1) whether Defendant is suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense, and (2) if so, whether the examining psychiatrist believes she should be transferred to a mental facility for further examination and treatment. It is further

**ORDERED**, that, pursuant 18 U.S.C. § 4247(b), the evaluator shall be a licensed or certified psychiatrist or psychologist and shall submit to the Court under seal by **August 23, 2023** a report as required by §§ 4247(c)(1) through 4247(c)(4)(A). It is further

**ORDERED**, that Pretrial Services for the District of Columbia is respectfully directed to coordinate with Pretrial Services for the District of Massachusetts to determine whether such examination would be more expeditiously completed in the District of Massachusetts. If so, Pretrial Services shall so notify the Court **forthwith**. It is further

**ORDERED**, that Defendant shall participate and cooperate in the evaluation conducted by DBH. It is further

**ORDERED**, that the Assistant United States Attorneys assigned to this matter shall immediately submit the paperwork necessary to ensure the timely payment of DBH for the forensic screening and report.

**SO ORDERED.**

Dated: August 7, 2023

     _____
     COLLEEN KOLLAR-KOTELLY
     United States District Judge