IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Case No. 1:22-cr-0096-CKK-04 |
| | : | |
| **PAULA "PAULETTE" HARLOW,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## JOINT STATUS REPORT

COMES NOW the parties, and hereby submit this joint status report:

1. On September 27, 2023, the Court issued a Minute Order directing file the parties to file a joint status report on or before October 2, 2023 indicating whether they maintain their request for a competency hearing pursuant to 18 U.S.C. 4241(c), or whether they would instead agree that the Court can resolve the sealed [362-2] Motion exclusively on the papers.

2. The parties have conferred and agree that a competency hearing is not necessary, and that the Court may resolve the sealed motion [362-2] exclusively on the papers.

1

Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. 301-984-8005
Cell Phone No. 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.com


MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052
By: */s/ Rebecca Ross*
Rebecca Ross
Assistant United States Attorney
NY Bar Number 5590666
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7212 (Aloi)
Rebecca.Ross2@usdoj.gov

2

KRISTEN M. CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
By: */s/ Sanjay Patel*
Sanjay Patel
Trial Attorney
IL Bar Number 6272840
Criminal Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE, 7.121
Washington, D.C. 20530
(202) 307-6188

### CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2023, copies of the foregoing Joint Status Report was filed by CM/ECF. All case registered parties will be served by CM/ECF.

_____
Allen H. Orenberg, # 395519