CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>PAULETTE HARLOW )<br>)<br>) | Criminal Case No.: 22-096-4 (CKK) |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_Paulette M. Harlow_
Defendant

_[signature]_
Counsel for Defendant

I consent:
_[signature]_
Assistant United States attorney

Approved:

_Colleen Kollar-Kotelly_                    Date: October 20, 2023

**Colleen Kollar-Kotelly**
United States District Judge