IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **v.** : | Case No. 1:22-cr-0096-CKK-04 |
| : | |
| **PAULA "PAULETTE" HARLOW,** : | |
| **Defendant.** : | |

**CONSENT MOTION TO CONTINUE SENTENCING
HEARING DATE SCHEDULED FOR MAY 16, 2024**

COMES NOW PAULA "PAULETTE" HARLOW, by and through counsel, and hereby requests the entry of an order continuing the sentencing hearing scheduled for May 16, 2024, at 10:00 a.m., to either May 17, 2024, or to May 20-23, 2024, or to any other date convenient to the Court and to the parties.

As grounds, the following submitted:

1. This motion is consented to per AUSA Sanjay Patel.

2. The Court issued a Minute Order (12/5/2023) re-scheduling the March 19, 2024, sentencing hearing scheduled to May 16, 2024. (10:00 a.m.)

3. Due to personal reasons, undersigned counsel is unavailable (all day) on May 16, 2024.

4. The parties have conferred and suggest the following dates / times for a continued sentencing hearing: May 17, 2024, or May 20-23, 2024. (late morning or early afternoon)

5. Counsel submits that re-scheduling the sentencing hearing date, as suggested herein, will not affect the orderly administration of justice in this case. If the

1

dates suggested herein are not available, the counsel asks that the Clerk of Court consult with the parties as to the selection of a new sentencing hearing date / time.

WHEREFORE, for the foregoing reasons and such other reasons which may appear just and proper, defendant Paula "Paulette" Harlow requests the entry of an order continuing the sentencing hearing scheduled for May 16, 2024, (10:00 a.m.) to either May 17, 2024, or to May 20-23, 2024, or to any other date convenient to the Court and to the parties.

Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. 301-984-8005
Cell Phone No. 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2023, copies of the foregoing Consent Motion to Continue Sentencing Hearing Date Scheduled for May 16, 2024, and a proposed Order, were served by CM/ECF to case registered parties.

_____
Allen H. Orenberg, # 395519