# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 22-96-CKK-04
)
Paullete Harlow )
)

## NOTICE OF APPEAL

Name and address of appellant:     Paulette Harlow
11 Blair Street
Kingston, MA  02364

Name and address of appellant's attorney:     Allen H. Orenberg, #395519
200-A Monroe Street, Suite 233
Rockville, MD  20850

Offense:   18 USC Sec. 241, 18 USC Sec. 248(a)(1) and (2)

Concise statement of judgment or order, giving date, and any sentence:

Trial Convictions on both Counts rendered (bench trial) on November 16, 2023
Sentence imposed on May 31, 2024: 24 months imprisonment, 3 years supervised
release, $125 special assessment.

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

MAY 31, 2024
DATE

APPELLANT

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  [ ]
CJA, NO FEE  [✓]
PAID USDC FEE  [ ]
PAID USCA FEE  [ ]

Does counsel wish to appear on appeal?                            YES [ ]   NO [✓]
Has counsel ordered transcripts?                                  YES [ ]   NO [✓]
Is this appeal pursuant to the 1984 Sentencing Reform Act?        YES [✓]   NO [ ]