UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PAULA HARLOW,<br>    Defendant. | Criminal No. 22-96-04 (CKK) |

**ORDER**
**(August 5, 2024)**

Upon consideration of the Defendant's [644-2] Motion to Delay Self-Surrender to the Federal Bureau of Prisons (which was filed under seal because of confidential and personal medical information), and the Government's Opposition thereto, and for good cause shown, it is this 5th day of August 2024, hereby

ORDERED that the Defendant's [644-2] Motion to Delay Self-Surrender to the Federal Bureau of Prisons ("BOP") is GRANTED, in order to permit Defendant adequate time to complete certain scheduled medical testing. Defendant Paula Harlow's **original BOP reporting date of August 6, 2024 is delayed until September 24, 2024**, which is the date she shall self-surrender to the BOP for commencement of her sentence. There will be no further extension of this reporting date. Defendant shall ensure that a copy of her relevant medical records is provided to the BOP. The Court will provide a copy of this Order to the United States Probation Office.

 

*/s/ Colleen Kollar-Kotelly*
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE