UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    v.

PAULA HARLOW,
    Defendant.

Criminal No. 22-96-04 (CKK)

**ORDER**
**(September 23, 2024)**

Upon consideration of the Defendant's request to Delay Self-Surrender to the Federal Bureau of Prisons, which is based on Defendant's recent hospitalization and instructions from her treating physician that she not travel for a period of 4-6 weeks, and Defendant's hospitalization having been verified by the Pretrial Services Agency, it is this 23rd day of September 2024, hereby

ORDERED that the Defendant's Self-Surrender to the Federal Bureau of Prisons ("BOP") is GRANTED, to permit Defendant adequate time to recover and receive additional medical monitoring, testing, and treatment. Defendant Paula Harlow's **BOP reporting date of September 24, 2024 is delayed until November 25, 2024**, which is the date she shall self-surrender to the BOP for commencement of her sentence. Defendant shall ensure that a copy of her relevant medical records is provided to the BOP. The Court will provide a copy of this Order to the United States Probation Office.

_____/s/_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE