UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
v.

PAULA HARLOW,
Defendant.

Criminal No. 22-96-04 (CKK)

**ORDER**
**(November 20, 2024)**

Pending before this Court is Defendant's [663] Motion to Extend Reporting Date to the Federal Bureau of Prisons, which is based on Defendant's November 14, 2024 surgery and letters from her treating physician indicating that she must undergo a period of rehabilitation for approximately two weeks, and recommending that she not travel long distances for a period of three months. Defendant indicates that while the Government opposes the Motion, it does not proffer any medical opinion that contradicts the recommendation of her surgeon. Def.'s Mot., ECF No. 663, at 3. Accordingly, for good cause shown, it is this 20th day of November 2024, hereby

ORDERED that the Defendant's [663] Motion to Extend Reporting Date to the Federal Bureau of Prisons is GRANTED, to permit Defendant adequate time to recover and receive any follow-up medical monitoring and treatment. Defendant Paula Harlow's **BOP reporting date of November 25, 2024 is delayed until February 18, 2025**, which is the date she shall self-surrender to the BOP for commencement of her sentence. Defendant shall ensure that a copy of her relevant medical records is provided to the BOP. The Court will provide a copy of this Order to the United States Probation Office.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE