IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No. 22-cr-00096-4 (CKK) |
| PAULA P. HARLOW,<br>Defendant | * | |
| | * | |

ooOoo

## MOTION TO UNSEAL

Paula P. Harlow, by her undersigned counsel, hereby respectfully moves this Honorable Court to unseal the transcript for a hearing held on August 4, 2023.

1. The Court has authorized the preparation of the August 4, 2023 transcript for use in the pending appeal, Case No. 24-3079. The Court Reporter has prepared the transcript but has not produced it to counsel as the hearing was sealed.

2. The materials should otherwise remain Sealed and not be disclosed to any other person or entity except by Order of this Court.

WHEREFORE, Mrs. Harlow, through undersigned counsel, respectfully requests that this Honorable Court unseal the August 4, 2023 hearing to allow the Court Reporter to provide copies to undersigned counsel for the limited purpose set out above.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391; 301-854-0076 (fax)
chernan7@aol.com

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of this Motion to Unseal was served via ECF on this 29th day of January, 2025 on all counsel of record.

                    /s/ *Carmen D. Hernandez*
                    **Carmen D. Hernandez**