UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PAULA PAULETTE HARLOW,<br><br>Defendant. | Criminal Action No. 22-00096-4 (CKK) |

**ORDER**
(February 4, 2025)

Pursuant to the February 4, 2025 Mandate and Order by the United States Court of Appeals for the District of Columbia Circuit, this case was remanded to the undersigned "with instructions to dismiss the case as moot." Accordingly, it is this 4th day of February 2025,

ORDERED that, in accordance with that Mandate and Order, this case be and hereby is DISMISSED as moot.

/s/
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE